Christopher A. Ferguson, Esq.  (IN #27833-49)
   (admitted *Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSILYN MANIMBAO,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANSUNION, LLC; FIRST ELECTRONIC<br>BANK; and DOES 1 THROUGH 100<br>INCLUSIVE;<br>          Defendants. | CASE NO. 3:17-cv-00394-JST<br><br>**STIPULATION AND<br>[PROPOSED] ORDER OF<br>DISMISSAL WITH PREJUDICE<br>BETWEEN PLAINTIFF AND<br>DEFENDANT TRANS UNION,<br>LLC ONLY** |

          Plaintiff Jessilyn Manimbao ("Plaintiff"), by counsel, and Defendant Trans Union, LLC

("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them

have been resolved, and that Plaintiff's cause against Trans Union only should be dismissed,

with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00394-JST**

Page 1 of 3

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Date: <u>April 27, 2017</u>           <u>*s/ Elliot W. Gale*</u> (with consent) |
| 3 | Scott J. Sagaria, Esq. |
| 4 | Elliot W. Gale, Esq. |
| 4 | Joseph B. Angelo, Esq. |
| 5 | Scott M. Johnson, Esq. |
| 5 | Sagaria Law, P.C. |
| 6 | 2033 Gateway Place, 5th Floor |

Respectfully submitted,

Date: <u>April 27, 2017</u>

<u>*s/ Elliot W. Gale*</u> (with consent)
Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299
E-Mail:  sjsagaria@sagarialaw.com
       egale@sagarialaw.com
       jangelo@sagarialaw.com
       sjohnson@sagarialaw.com

*Counsel for Plaintiff, Jessilyn Manimbao*

Date: <u>April 27, 2017</u>

 <u>*s/ Christopher A. Ferguson*</u>
Chris Ferguson, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00394-JST**

| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is |
| 2 | dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own |
| 3 | costs and attorneys' fees. |

4

5

Date: _April 27, 2017_____    _____

6                                        JUDGE, United States District Court, Northern

7                                        District of California

8

9    DISTRIBUTION TO:

10

| Elliot Wayne Gale, Esq. egale@sagarialaw.com | Scott Matthew Johnson, Esq. sjohnson@sagarialaw.com |
|---|---|
| Scott Joseph Sagaria, Esq. sjsagaria@sagarialaw.com | Joseph B. Angelo, Esq. jangelo@sagarialaw.com |
| David J. Streza, Esq. dstreza@vmbllp.com | Amir Q. Amiri, Esq. aamiri@jonesday.com |
| Christopher A. Ferguson, Esq. cferguson@schuckitlaw.com | Taylor Robert Steinbacher, Esq. steinbachert@ballardspahr.com |

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00394-JST**