| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Scott Sagaria (State Bar No.217981)<br>Elliot Gale (State Bar No. 263326)<br>Joe Angelo (State Bar No. 268542)<br>SAGARIA LAW, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, California 95110<br>Telephone: (408) 279-2288<br>Facsimile: (408) 279-2299 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSILYN MANIMBAO,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>        Defendants. | Federal Case No.: 3:17-CV-000394-JST<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT FIRST ELECTRONIC BANK; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jessilyn Manimbao and First Electronic Bank ("FEB"), that FEB be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

//

1
STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: May 1, 2017 | | SAGARIA LAW, P.C. |

By: _/s/ Elliot W. Gale_
Elliot W. Gale
Attorneys for Plaintiff
Jessilyn Manimbao

DATED: May 1, 2017    BALLARD SPAHR LLP

By: _/s/ Taylor Steinbacher_
Taylor Steinbacher
Attorneys for Defendant
First Electronic Bank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Taylor Steinbacher has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, FEB, is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 1, 2017

JON S. TIGAR
UNITED STATES DISTRICT JUDGE