Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Jessilyn Manimbao

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSILYN MANIMBAO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 3:17-cv-00394-JST<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jessilyn Manimbao and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: September 15, 2017       **Sagaria Law, P.C.**

               By:   */s/ Elliot Gale*
                  Elliot Gale
                  Attorney for Plaintiff Jessilyn Manimbao

DATED: September 15, 2017       **Jones Day**

               By:   */s/ Benjamin Chung Lee*
                  Benjamin Chung Lee
                  Attorney for Defendant Experian
                  Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

   Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

   IT IS SO ORDERED.

DATED: September 18, 2017                  
                           Hon. Jon S. Tigar
                           UNITED STATES DISTRICT JUDGE